IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>  Plaintiff in Interpleader,<br>  v.<br><br>JILL DAVILA, MAYCELLE DAVILA, and DOES 1 through 10, inclusive,<br><br>  Defendants in Interpleader<br><br>AND RELATED COUNTERCLAIM | 1:10-CV-1924  AWI SMS<br><br>ORDER VACATING DECEMBER 20, 2010, HEARING and ORDER ON DEFENDANT'S MOTION TO DISMISS<br><br>(Doc. No. 10) |

Currently set for hearing and decision on December 20, 2010, is Defendant in Interpleader Maycelle Davila's motion to dismiss.  The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  See Local Rule 230.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 20, 2010, is VACATED, and the parties shall not appear at that time.  As of December 20, 2010, the Court will take the motion to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  December 14, 2010

CHIEF UNITED STATES DISTRICT JUDGE