# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, <br><br> Plaintiff-in-Interpleader, <br><br> v. <br><br> JILL DAVILA, an individual, MAYCELLE DAVILA, and DOES 1 through 10, Inclusive, <br><br> Defendants-in-Interpleader. <br>_____ <br> JILL DAVILA, <br><br> Counterclaimant, <br><br> v. <br><br> PRIMERICA LIFE INSURANCE COMPANY and MAYCELLE DAVILA, <br><br> Counterdefendants. <br>_____ | NO. 1:10-CV-01924-AWI-SMS <br><br> ORDER VACATING FEBRUARY 7, 2011 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

   Plaintiff-in-Interpleader's motion to dismiss Jill Davila's counterclaim has been set for hearing in this case on February 7, 2011. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 7, 2011,

is VACATED, and the parties shall not appear at that time.  As of February 7, 2011, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:     February 3, 2011                                   /s/ [signature]
                                                           CHIEF UNITED STATES DISTRICT JUDGE

daw                                              2