BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff-in-Interpleader,<br><br>　　vs.<br><br>JILL DAVILA, an individual, MAYCELLE DAVILA, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants-in-Interpleader. | CASE NO.: 1:10-cv-01924-AWI-SMS<br><br>(Honorable Anthony W. Ishii)<br><br>**ORDER GRANTING STIPULATION OF THE PARTIES FOR:**<br><br>**1. DISCHARGE AND DISMISSAL OF PRIMERICA WITH PREJUDICE;**<br><br>**2. PERMANENT INJUNCTION; AND**<br><br>**3. AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS TO PRIMERICA IN THE AMOUNT OF $23,000**<br><br>**[Filed concurrently with Stipulation of the Parties]**<br><br>(Complaint Filed: October 13, 2010) |

k:\awi\to_be_signed\10cv1924.o.stip4dismissal.docx

Having considered the Stipulation of Plaintiff-in-Interpleader Primerica Life Insurance Company ("Primerica") and Defendants-in-Interpleader Jill Davila and Maycelle Davila (collectively "Defendants-in-Interpleader"), the Court **ORDERS** as follows:

1. That Primerica and its agents are discharged of all liability with respect to life insurance policy number 0467164489 (the "Policy") issued by Primerica to Jill, with coverage on Jill's life in the amount of $150,000 and coverage on Larry Davila's life in the amount of $500,000, and out of which this interpleader action arises, as well as discharged of all liability with respect to the distributed Policy proceeds and the payment of the distributed Policy proceeds;

2. That Defendants-in-Interpleader, and each of them, their agents, attorneys or assigns, are enjoined perpetually, restraining each of them, their agents, attorneys or assigns, from instituting any suit at law or equity, or action of any kind whatsoever against Primerica, and/or its agents, with respect to the Policy and/or the distributed Policy proceeds; and/or the payment of the distributed Policy proceeds;

3. That Primerica is dismissed from this action with prejudice as to all claims relating to the Policy issued to Jill insuring the life of the Deceased, the distributed Policy proceeds and the payment of the distributed Policy proceeds; and

///
///
///
///
///

-2-

**BARGER & WOLEN** LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

1:10-cv-01924 AWI SMS
ORDER

///

4. That Primerica is awarded its reasonable attorneys' fees and costs in the amount of $23,000, which Primerica was forced to incur in bringing its interpleader action and defending the claims of the Defendants-in-Interpleader, and which amount is to be paid from the Policy proceeds currently on deposit with this Court.

IT IS SO ORDERED.

Dated:  March 21, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

-3-

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

1:10-cv-01924 AWI SMS
ORDER