John G. Michael #106107
jmichael@bakermanock.com
Elisabeth F. Tietjen #258704
etietjen@bakermanock.com
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for Defendant and Counter-Defendant Maycelle Davila

David M. Gilmore, #105429
dgilmore@gwvm.com
Jody L. Winter, #249592
jwinter@gwvm.com
GILMORE, WOOD, VINNARD & MAGNESS
P.O. Box 28907
Fresno, Ca 93729-8907
Telephone: (559) 448-9800
Facsimile: (559) 448-9899

Attorneys for Defendant/Counterclaimant Jill Davila

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JILL DAVILA, an individual, MAYCELLE DAVILA, an individual,<br><br>　　　　Defendants.<br><br>JILL DAVILA, an individual,<br><br>　　　　Counter-Complainant,<br><br>　　v.<br><br>PRIMERICA LIFE INSURANCE COMPANY AND MAYCELLE DAVILA,<br><br>　　　　Counter-Defendants. | CASE No. 1:10 CV-01924 SMS<br><br>**JOINT STIPULATION AND ORDER FOR DISTRIBUTION OF INTERPLEADED FUNDS AND DISMISSAL OF ACTION**<br><br>Judge:　Hon. Sandra M. Snyder<br><br>Trial Date:　　　March 20, 2012 |

1025064v1

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISTRIBUTION OF INTERPLEADED FUNDS AND DISMISSAL OF ACTION

IT IS HEREBY STIPULATED AND AGREED by and between Defendant and Counter-Complainant Jill Davila ("Jill") and Defendant and Counter-Defendant Maycelle Davila, ("Maycelle") by and through their respective counsel, as follows:

1. Plaintiff Primerica Life Insurance Company has been dismissed from this interpleader action.

2. Jill and Maycelle have reached a settlement of this entire action on the terms and conditions contained in that certain Mutual Release and Settlement Agreement, dated October 18, 2011, a copy of which is attached hereto as Exhibit "A."

3. $100,000 of the interpleaded funds shall be distributed to Maycelle by check made payable to Maycelle Davila and delivered to her counsel at the address above.

4. $100,000 of the interpleaded funds shall be distributed to Jill Davila by check made payable to "Jill Davila or Gilmore, Wood, Vinnard & Magness Client Trust Account" and delivered to her counsel at the address above.

5. The balance of the interpleaded funds shall be distributed to Jill as trustee for the benefit of the children of Jill and Larry Davila, Jr., deceased, Jordan Davila and Jenna Davila. The trust will be called "The Larry Davila, Jr. Legacy Trust" (the "Trust").

6. The funds shall be distributed by check made payable to the "Gary L. Winter, Inc. Client Trust Account FBO The Larry Davila, Jr. Legacy Trust" and delivered to counsel for the trust, Gary Winter, at 2525 Alluvial Avenue, Suite 121, Clovis, CA 93611.

7. The parties stipulate that the Trust to be created is not a "trust funded by court order" and therefore not subject to California Rules of Court Section 7.903 or Probate Code Section 3600 et seq.

8. Pursuant to the Settlement Agreement, Jill shall have the trust agreement drafted at her sole expense and it shall be subject to the approval of Maycelle. As trustee of the Trust, Jill shall be compensated in the amount of two percent (2%) of the gross trust estate per year as trustee's fee for administration, and Jill shall account annually regarding the trust assets, income and expenses. The trust agreement shall be drafted to confer standing (whether by consent or by making her a nominal beneficiary, or otherwise) on Maycelle to receive notice of all matters

1 concerning the trust and to object to the annual accountings, if necessary.

2     9.    The parties stipulate that the account must only contain the items specified in Probate Code Section 16063(a) and the account may, but is not required to, be in the form specified for Court accounts. Jill may petition the Court to obtain Court review of the account and the trustee's acts. However, there will be no requirement that she do so.

    10.    Once the interpleaded funds have been distributed, as set forth above, the case shall be dismissed with prejudice.

DATED: October 26, 2011

    BAKER MANOCK & JENSEN, PC

    By:    /s/ John G. Michael
            John G. Michael
            Elisabeth F. Tietjen
            Attorneys for Defendant and Counter-
            Defendant Maycelle Davila

DATED: October 26, 2011

    GILMORE, WOOD, VINNARD & MAGNESS

    By:    /s/ Jody L. Winter
            David M. Gilmore
            Jody L. Winter
            Attorneys for Defendant and Counter-Claimant
            Jill Davila

**ORDER**

Having read the stipulation of the remaining parties in this case, and good cause appearing therefore:

IT IS SO ORDERED.

Dated: **November 10, 2011**        **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE