John G. Michael #106107
jmichael@bakermanock.com
Elisabeth F. Tietjen #258704
etietjen@bakermanock.com
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for Defendant and Counter-Defendant Maycelle Davila

David M. Gilmore, #105429
dgilmore@gwvm.com
Jody L. Winter, #249592
jwinter@gwvm.com
GILMORE, WOOD, VINNARD & MAGNESS
P.O. Box 28907
Fresno, Ca  93729-8907
Telephone:  (559) 448-9800
Facsimile:  (559) 448-9899

Attorneys for Defendant/Counterclaimant Jill Davila

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>    v.<br><br>JILL DAVILA, an individual, MAYCELLE DAVILA, an individual,<br><br>         Defendants.<br><br>JILL DAVILA, an individual,<br><br>         Counter-Complainant,<br><br>    v.<br><br>PRIMERICA LIFE INSURANCE COMPANY AND MAYCELLE DAVILA,<br><br>         Counter-Defendants. | CASE No. 1:10 CV-01924 SMS<br><br>**JOINT STIPULATION REGARDING RECEIPT OF INTERPLEADED FUNDS AND DISMISSAL OF ACTION**<br><br>Judge:   Hon. Sandra M. Snyder<br><br>Trial Date:         March 20, 2012 |

1048577v1 / 17264.0002

**JOINT STIPULATION REGARDING RECEIPT OF INTERPLEADED FUNDS AND DISMISSAL OF ACTION**

IT IS HEREBY STIPULATED AND AGREED by and between Defendant and Counter-Complainant Jill Davila ("Jill") and Defendant and Counter-Defendant Maycelle Davila, ("Maycelle") by and through their respective counsel, as follows:

1. Counsel for Maycelle acknowledges receipt of $100,000 of the interpleaded funds by check made payable to Maycelle Davila.

2. Counsel for Jill acknowledges receipt of $100,000 of the interpleaded funds by check made payable to "Jill Davila or Gilmore, Wood, Vinnard & Magness Client Trust Account."

3. Counsel for Jill, on behalf of Gary L. Winter, counsel for the Larry Davila, Jr. Legacy Trust, also acknowledges receipt of the balance of the interpleaded funds by check made payable to the "Gary L. Winter, Inc. Client Trust Account FBO The Larry Davila, Jr. Legacy Trust."

4. All interpleaded funds have been properly distributed by the Court and the parties request that this case now be dismissed with prejudice.

DATED: December 21, 2011

        BAKER MANOCK & JENSEN, PC

        By:  /s/ John G. Michael
            John G. Michael
            Elisabeth F. Tietjen
            Attorneys for Defendant and Counter-Defendant Maycelle Davila

DATED: December 21, 2011

        GILMORE, WOOD, VINNARD & MAGNESS

        By:  /s/ Jody L. Winter
            David M. Gilmore
            Jody L. Winter
            Attorneys for Defendant and Counter-Claimant Jill Davila

**ORDER**

Having read the stipulation of the remaining parties in this case, and good cause appearing therefore:

IT IS HEREBY ORDERED:

1. That this case is dismissed in its entirety with prejudice;
2. That all court dates and/or deadlines set herein (Doc. 18), including the Pretrial Conference set 2/7/12 at 10:00 a.m. in Courtroom No. 1 before Judge Snyder (SMS), and the Trial set 3/20/12 at 9:00 a.m. in Courtroom No. 1 before Judge Snyder (SMS), are VACATED.
3. The Clerk's Office administratively close the file forthwith.

IT IS SO ORDERED.

Dated: **January 11, 2012**         /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

1048577v1 / 17264.0002

3

**JOINT STIPULATION REGARDING RECEIPT OF INTERPLEADED FUNDS AND DISMISSAL OF ACTION**